1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  ELEKTRA ENTERTAINMENT GROUP, INC.,
                                              NO. Civ.S-06-1119 LKK/JFM
12            Plaintiff,

13       v.                                   **ORDER RE DISPOSAL
                                              DOCUMENTS AFTER**
14  KRIZIA GARCIA,                            **NOTIFICATION OF SETTLEMENT**

15            Defendant.
                                     /
16

17       Counsel for plaintiff has informed the court that the parties
18  have settled the above-captioned case.  The court now orders that
19  the dispositional documents disposing of the case be filed no later
20  than forty-five (45) days from the effective date of this order.
21       All hearing dates heretofore set in this matter are hereby
22  **VACATED**.
23  ////
24  ////
25  ////
26  ////

1

1  FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION
2  OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO
3  THE VIOLATION OF THIS ORDER.
4       IT IS SO ORDERED.
5       DATED:  August 25, 2006.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT